AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JEROME VINING, | ) | Case No. |
| | ) | |
| | ) | 3:26-MJ-70910 MAG |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

Jun 30 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 11, 2026___ in the county of ___San Francisco___ in the ___Northern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |
| | Maximum Penalties: |
| | 15 years' imprisonment |
| | $250,000 fine |
| | 3 years' supervised release |
| | $100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Bryan Zahn.

❒ Continued on the attached sheet.

/s/ Bryan Zahn
*Complainant's signature*

FBI Special Agent Bryan Zahn
*Printed name and title*

Approved as to form  */s/ Jean Fundakowski*
AUSA  Jean Fundakowski

Sworn to before me by telephone.

Date:  06/26/2026

*Judge's signature*

City and state:  San Francisco, California

U.S. Magistrate Judge Sallie Kim
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND**</u>

<u>**ARREST WARRANT**</u>

I, Bryan R. Zahn, Task Force Officer of the Federal Bureau of Investigation, being duly sworn, hereby declare as follows:

<u>**INTRODUCTION**</u>

1.      I submit this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **Jerome VINING**, for unlawfully possessing ammunition, in violation of Title 18, United States Code, Section 922(g)(1), on or about June 11, 2026, in the Northern District of California.

2.      This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant.  I have not included every fact known to me concerning this investigation.  Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal law identified above have occurred.

3.      I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports of other law enforcement officers, information provided by video and photographic evidence, and information provided by records and databases.  I believe these sources to be reliable.  Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim.  This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.  My experience and training as a San Francisco Police Officer and Task Force Officer with the Federal Bureau of Investigation and my participation in this investigation form the basis of the opinions and conclusions set forth below.

1

## AFFIANT BACKGROUND

4.      I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have been so employed since February 2022.  I am currently assigned to the San Francisco Safe Streets Task Force.  As a TFO with the FBI, I am an "investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.  I am also authorized to execute warrants issued under the authority of the United States.

5.      In my current assignment, I am responsible for investigating violations of federal criminal law, including violent crimes and the unlawful possession of firearms and ammunition.

6.      I am also employed as a police officer for the City and County of San Francisco, California, and have been so employed since June 2012.  I am currently assigned to the San Francisco Police Department ("SFPD") Violence Reduction Team, formerly known as the Gang Task Force ("GTF").  I investigate violations of federal and state law, with a focus on violent crimes and crimes committed by formal/informal organized gangs.  I have authored numerous search warrants and have executed hundreds of search warrants in the State of California related to firearm violations, shootings, homicides, assaults, and drug-related crimes.

7.      In the course of my law enforcement career, I have been directly involved in the arrests of hundreds of suspects linked to criminal street gangs in the San Francisco Bay Area.  I have also participated in numerous homicide investigations involving members of criminal street gangs.  I have testified in California Superior Court as an expert in criminal street gangs.  I have interviewed gang members and knowledgeable confidential informants about the lifestyles, appearances, and habits of members of criminal organizations.  I have become familiar with the manner in which gangs commit criminal acts to enhance the status of their criminal enterprises and to enhance the members' status within the enterprises.  I am also familiar with the manner in which criminal organizations use cellular telephone technology, social networking accounts,

intentionally vague language, coded communications, slang-filled conversations, false and fictitious identities, and other means to facilitate their illegal activities and to thwart law enforcement investigations.  I have also spoken to, worked with, and gained knowledge from experienced federal, state, and local gang investigators.  In my current position as a TFO with the FBI, I have investigated and participated in charging several federal cases involving violations of Title 18 United States Code, Section 922(g)(1) (felon in possession of a firearm and/or ammunition), as well as other federal offenses.

## APPLICABLE STATUTES

8.      Title 18, United States Code, Section § 922(g)(1) prohibits a person from: (1) knowingly possessing a firearm or ammunition; (2) that has been shipped or transported from one state or another or between a foreign nation and the United State; and (3) that at the time the individual possessed the firearm or ammunition, the individual knew that he had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony) (hereafter referred to as the "Target Offense").

## FACTS SUPPORTING PROBABLE CAUSE

9.      On June 11, 2026, SFPD officers assigned to the Violence Reduction Task Force (VRT) were conducting patrols in the Alice Griffith Housing Development, which is the home of the Double Rock criminal street gang.  The area is known to be plagued with gun violence with a recent uptick in shootings.  Officers observed Jerome VINING and were aware that VINING was wanted for a federal probation violation warrant issued by the United States District Court for the Northern District of California.  The officers knew both that there was an active arrest warrant for VINING and that VINING was on active federal probation whose conditions included warrantless searches by any and all law enforcement officers with or without suspicion.

10.      SFPD VRT Officers exited their vehicle, activated their body-worn cameras, identified themselves, and placed VINING under arrest without incident.  During a post-arrest search, an officer pulled a loaded 9mm pistol from the pocket of VINING's shorts.  Additionally, officers located cocaine base (3.8 grams) and cocaine salt (1.8 grams) on VINING's person.

3

11.     A criminal history records check of VINING revealed that he had previously been convicted of a felony.

12.     The weapon seized from VINING's person was a privately manufactured firearm (PMF) commonly referred to as a "Ghost Gun."  The firearm was loaded with eight (8) rounds of 9mm unfired cartridges: six (6) Speer 9mm Lugger cartridges; one (1) S&B 9X19 cartridge; and one (1) WMA 23 cartridge.  Research conducted on the ammunition shows that all 8 cartridges of ammunition were manufactured outside the state of California.  Additionally, I sent photographs of the ammunition to Bureau of Alcohol Tobacco Firearms and Explosives (ATF) Special Agent Payton Smith.  Special Agent Smith, who has testified in federal cases as an interstate nexus expert, informed me that the ammunition was manufactured outside of the state of California.  Based on my training and experience, because the ammunition was manufactured outside of the state of California but was recovered in San Francisco, California, I believe that all eight (8) rounds of unfired 9mm ammunition traveled in interstate commerce.

13.     I have reviewed VINING's criminal history and found that prior to his arrest on June 11, 2026, he sustained convictions for multiple felonies on.

14.     VINING has an extensive state and federal criminal history, including a 2010 attempted robbery conviction in San Francisco Superior Court and a 2011 conviction in Alameda County Superior Court for inflicting corporal injury on a spouse or cohabitant, both felony convictions.  VINING was sentenced to 4 years state prison for the 2011 domestic violence offense.

15.     On or about November 5, 2014, in the United States District Court for the Northern District of California, the Honorable Charles R. Breyer, U.S. District Judge, sentenced VINING to 120 months' imprisonment, to be followed by 3 years of supervised release, following his conviction of violation of 26 U.S.C. § 5861(c)— Possession of a Firearm Made in Violation of the National Firearms Act, and 26 U.S.C. § 5861(d)—Possession of an Unregistered Firearm.  According to the federal probation warrant issued on March 3, 2026 (Docket No. 83 in

4

Case No. 13-CR-00534-CRB), VINING served more than 10 years of that sentence and begin his term of supervised release on July 7, 2025.

### **CONCLUSION**

16.     Based on my training and experience; my review of photographs, body worn camera footage, and the SFPD Incident Report; and the investigation summarized above, there is probable cause to believe that on June 11, 2026, in the Northern District of California, VINING knowingly possessed a 9mm firearm and 8 unfired rounds of ammunition; that the ammunition was manufactured outside the state of California and therefore had been shipped or transported from one state to another in interstate commerce; and at the time VINING possessed the ammunition, VINING knew he had been previously convicted of a crime punishable by imprisonment exceeding 1 year, in violation of Title 18, United States Code, Section 922(g)(1).

/s/ Bryan R. Zahn
BRYAN R. ZAHN
Task Force Officer
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on June 26, 2026.

HONORABLE SALLIE KIM
United States Magistrate Judge

5